## SETTLEMENT AGREEMENT

### Tisha and Jeffrey Stalnaker v. Estate of Russell G. Beall, Donna Beall-Bishop, and Beall-Bishop Oil & Gas, Inc.

On the 19th day of June, 2019, the parties and their counsel resolved this matter. The parties fully, finally, and completely resolved any and all claims pending before the federal court in civil action 2:17-04059 upon the following terms:

1. Settlement amount: $8,000.00 in settlement proceeds and $2,000 in attorneys' fees and costs.

2. After Court approval of the settlement and dismissal of the civil action with prejudice, in consideration of receipt of the payment of settlement proceeds, Plaintiffs will execute a full and final Release of any and all claims against Defendants, which Release has already been approved and agreed to by Plaintiffs and Plaintiffs' counsel.

3. Payment of the settlement amount shall occur within 30 days of Court approval of the Settlement.

Agreed and accepted this 7th day of October, 2019.

_____
Tisha Stalnaker

_____
Jeffrey Stalnaker

_____
Aubrey Sparks, Counsel for Plaintiffs

_____
Donna Beall-Bishop for Defendants

_____
Michael Jacks, Counsel for Defendants